**Adolph R.O. WRIGHT–EL, Petitioner**

v.

**PENNSYLVANIA DEPARTMENT OF REVENUE, Luzerne County Home Rule, Jacqueline Cook, David Kraus, Scott Shearer, Romida P. Crocamo, David Dedri, Joan Hoggarth, Judge Michael T. Vough, Linda McClosky Houck, Tom Wolf, A. Taylor Williams, Pamela McGranaghan, Respondents**

No. 56 MM 2017

Supreme Court of Pennsylvania.

May 22, 2017

### ORDER

PER CURIAM

**AND NOW**, this 22nd day of May, 2017, the Application for Leave to File Original Process is **GRANTED**, the Petition for Writ of Mandamus is **DENIED**, and the Applications to Quash are **DISMISSED**. The Prothonotary is **DIRECTED** to strike the name of the jurist from the caption.

■

**Robert HAVILAND, Petitioner**

v.

**Barry SMITH, Superintendent SCI Houtzdale; Pennsylvania Attorney General, Respondents**

No. 42 MM 2017

Supreme Court of Pennsylvania.

May 22, 2017

### ORDER

PER CURIAM

**AND NOW**, this 22nd day of May, 2017, the Application for Leave to File Original Process is **GRANTED**. Furthermore, the Motion for Leave of Court to File a Response is **GRANTED**, and the Prothonotary is **DIRECTED** to docket the Response received on April 24, 2017. The Petition for Writ of Habeas Corpus is **DENIED**.